EMILIE KUNTZ et al., as Executors of BERTHA BRINCK-MANN, Deceased, Respondents, *v.* NILS P. E. PETERSON et al., Appellants.

*Kuntz* v. *Peterson,* 163 App. Div. 867, appeal dismissed.
(Submitted October 4, 1915; decided October 12, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered June 19, 1914, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to set aside a satisfaction of a mortgage and to foreclose the same.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that no question of law was involved.

*M. L. Heide* for motion.

*Henry W. Bridges* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.